UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : |
| v. | : |
| | : Docket No. 4:21- CR-275 |
| CODY DRUMHELLER, | : |
| | : |
| | : |
| Defendant | : |

INDICTMENT

THE GRAND JURY CHARGES:

FILED
HARRISBURG, PA

SEP 15 2021

Per _____
Deputy Clerk

**COUNTS 1-3**
18 U.S.C. § 922(g)
**Possession of a Firearm by a Felon**

On or about July 20, 2021, in Briar Creek Borough, Columbia County, Pennsylvania, in the Middle District of Pennsylvania, the defendant,

**CODY DRUMHELLER,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms in and affecting commerce, to wit:

| Count | Description | Serial Number |
|---|---|---|
| 1 | Stevens 12 gauge shotgun | E897556 |

1

| 2 | Champion 12 gauge shotgun | 360585 |
| 3 | Black Sccy CPX-2 9mm handgun | 920542 |

All in violation of Title 18, United States Code, Section 922 (g)(1).

## THE GRAND JURY FURTHER CHARGES:

### COUNT 4
Possession of a Firearm Which Is Not Registered in the National
Firearms Registration and Transfer Record
26 U.S.C. §§ 5861(d)

On or about July 20, 2021, in Briar Creek Borough, Columbia

County, Pennsylvania, in the Middle District of Pennsylvania, the

defendant,

### CODY DRUMHELLER,

did knowingly receive and possess a firearm, to wit:

a Stevens 12 gauge shotgun, serial number E897556, with a barrel

length of under eighteen (18) inches and an overall length of less than

twenty-six (26) inches which was not registered to him in the National

Firearms Registration and Transfer Record and which was required to

2

be registered in the National Firearms Registration and Transfer

Record.

All in violation of Title 26, United States Code, Sections 5861(d), 5841,

5845(d), and 5871.

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 5</u>
Possession of a Firearm Which Is Not Registered in the National
Firearms Registration and Transfer Record
26 U.S.C. §§ 5861(d)

On or about July 20, 2021, in Briar Creek Borough, Columbia

County, Pennsylvania, in the Middle District of Pennsylvania, the

defendant,

**CODY DRUMHELLER,**

did knowingly receive and possess a firearm, to wit:

a Champion 12 gauge shotgun, serial number 360585, with a barrel

length of under eighteen (18) inches and an overall length of less than

twenty-six (26) inches which was not registered to him in the National

Firearms Registration and Transfer Record and which was required to

be registered in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5861(d), 5841, 5845(d), and 5871.

## THE GRAND JURY FURTHER ALLEGES:

### FORFEITURE ALLEGATION

The allegations contained in Counts One through 5 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, and Title 26, United States Code, Section 5872.

Pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461, and Title 26, United States Code, Section 5872, upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1), and Title 26, United States Code, Sections 5861(d), 5841, and 5845(d), the defendant,

### CODY DRUMHELLER,

shall forfeit to the United States of America any firearms and ammunition involved in the commission of the offenses. The property to

4

be forfeited includes, but is not limited to, the firearms described in Counts One through 5.

If any of the property described above, as a result of any act or omission of the defendant:

     a.    cannot be located upon the exercise of due diligence;

     b.    has been transferred or sold to, or deposited with, a third party;

     c.    has been placed beyond the jurisdiction of the court;

     d.    has been substantially diminished in value; or

     e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

All pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

█████████████████████████

GRAND JURY FOREPERSON

BRUCE D. BRANDLER
ACTING UNITED STATES ATTORNEY

Dated:____9/15/21____                    _____
                                         BY: GEOFFREY W. MacARTHUR
                                         Assistant United States Attorney