UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:21-CR-00275 |
| | ) | |
| | ) | (BRANN, C.J.) |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| CODY DRUMHELLER, | ) | |
| Defendant | ) | |

ORDER

On November 4, 2021, Defendant filed a Motion for Reconsideration of Detention (Doc. 20) stating "Defendant has been evaluated by Columbia-Montour-Snyder-Union County Mental Health facility in Danville, Pennsylvania and counsel has been advised by Columbia County Probation Officer that Defendant has been approved for "jail to treatment" transfer through Columbia County." The Government objected to the requested relief sought in Defendant's Motion (Doc. 20).

On November 15, 2021, the Reply of the United States to Drumheller's Motion for Reconsideration of Detention (Doc. 22) was filed. In the Government's reply they state that "Cody Drumheller seeks release to an inpatient drug treatment facility; however, he offers no specific plan regarding such release."

In order for this Court to be able to appropriately evaluate this request and to enter a decision in this matter, IT IS HEREBY ORDERED that:

1) Counsel for Defendant Cody Drumheller is instructed to provide detailed information regarding the treatment facility Defendant Drumheller would be released to including:

   a) The name and location of the treatment facility;

   b) Provide confirmation from the facility that they will accept Defendant's enrollment;

   c) Confirm agreed upon date or dates in which Defendant would be able to enter into the program.

2) Counsel for Defendant is instructed to then file a Supplement to his Motion for Reconsideration of Detention (Doc. 20) with the additional details regarding the treatment facility as requested in this Order.

   In CM/ECF under Criminal Events > Other Filings > Other Documents > Supplement and please be certain to link the Supplement to the Motion (Doc. 20).

Date: January 4, 2022

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge